No. 79–6867. HUSLAGE ET AL. v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 79–6868. BUTLER v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 79–6869. DOWD v. CUYLER, CORRECTIONAL SUPERINTENDENT, ET AL. C. A. 3d Cir. Certiorari denied.

No. 79–6871. McINERNEY v. BERMAN ET AL. C. A. 1st Cir. Certiorari denied.

No. 79–6874. BOWEN v. OHIO. Ct. App. Ohio, Franklin County. Certiorari denied.

No. 79–6875. NUTTER v. OHIO. Ct. App. Ohio, Franklin County. Certiorari denied.

No. 79–6877. FASANO v. HALL ET AL. C. A. 1st Cir. Certiorari denied.

No. 79–6878. COOPER v. INDIANA. Sup. Ct. Ind. Certiorari denied.

No. 79–6879. DOE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 79–6880. ISAACS ET AL. v. BALKCOM, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 79–6881. ABU-BAKR, AKA KING v. COSTELLO ET AL. C. A. 7th Cir. Certiorari denied.

No. 79–6882. BUCHANAN v. NORRIS, JAILER. C. A. 6th Cir. Certiorari denied.

No. 79–6883. RODRIGUEZ v. ROMERO, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.